**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01057-LTB-KLM

JOHN HENRY SLAUGHTER,

       Plaintiff,

v.

C. DANIELS, Warden,

       Defendant.

_____

**ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on May 16, 2011 (Doc 20).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

      ORDERED that the recommendation is accepted and Plaintiff's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc 3) is DENIED and this case is DISMISSED WITH PREJUDICE.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   June 1, 2011